UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TEKEIA EZELL,

                  Petitioner,                      Case No. 1:13cv174

v.                                             Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                  Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 24, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 24, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

                                    _____/s/ Robert J. Jonker_____
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

DATED: February 19, 2014.