UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TEKEIA EZELL,

                Petitioner,                Case No. 1:13cv174

v.                                                  Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                Respondent.

_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 7, 2014,. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 7, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (docket ##19-20), is **GRANTED IN PART AND DENIED IN PART**. Specifically, Plaintiff shall be awarded three-thousand, fifty dollars and zero cents ($3,050.00) in fees and those fees shall be paid directly to Plaintiff.

                                                      /s/Robert J. Jonker
                                                      ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

Dated:  September 2, 2014